JS-6



**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PAULA MAIETTA, on behalf of herself and all others similarly situated,

                Plaintiff,

      v.

RE-BODY, LLC, a Delaware limited liability company,

            Defendant.

Case No. 5:20-CV-691-JGB-KKx

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

1    Presently before the Court is Plaintiff Paula Maietta's ("Plaintiff") and

2  Defendant Re-Body, LLC's ("Defendant") (collectively "the Parties") Joint

3  Stipulation to Dismiss Action with Prejudice pursuant to <u>Federal Rule of Civil</u>

4  <u>Procedure 41(a)(1)(A)(ii)</u>. Good cause appearing, the Court **GRANTS** the Joint

5  Stipulation. As stipulated by the Parties, Plaintiff's claims in this action are

6  **DISMISSED WITH PREJUDICE**.

7

8  **IT IS SO ORDERED**.

9

10

11  Dated: May 25, 2021

12                                          Hon. Jesus G. Bernal
                                            United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-